**ATTACHMENT A TO CIVIL COVER SHEET**

*Philippe et al. v. Nurture, Inc.*
**Plaintiffs' Attorneys of Record**


Christopher K. Leung
Max E. Rodriguez
Alison Borochoff-Porte (admission forthcoming)
**POLLOCK COHEN LLP**
60 Broad St., 24th Fl.
New York, New York 10004
(917) 985-3995


Rosemary M. Rivas (*pro hac vice* forthcoming)
Mark Troutman* (*pro hac vice* forthcoming)
Rosanne L. Mah (*pro hac vice* forthcoming)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
(510) 350-9700
*working from Ohio office