| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/10/2021 |

MYJORIE PHILIPPE, on behalf of herself and all others similarly situated; ALYSSA ROSE, on behalf of herself and all others similarly situated; VANESSA INOA, on behalf of herself and all others similarly situated; CASSIE ISZA, on behalf of herself and all others similarly situated, DAWN JOHNSON, on behalf of herself and all others similarly situated; HELEN HOWARD, on behalf of herself and all others similarly situated,

                  Plaintiffs,

-against-

NURTURE, INC.

                  Defendant.

1:21-cv-6632-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

     Plaintiffs commenced this action on August 5, 2021, by filing the Complaint. [ECF Nos. 1, 4.] Plaintiffs designated this case as related to *Stewart v. Nurture, Inc.*, 21-cv-1217-MKV, to which ten other open cases in this District have been designated as related. [ECF No. 3.] The Court directs counsel for all parties to appear at the upcoming conference in those cases scheduled for August 27, 2021, at 11:00 AM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844. The parties should be prepared to discuss the pending motion to consolidate, the proposed order on consolidation, including the deadlines proposed therein, and all other scheduling and pretrial matters.

**SO ORDERED.**

Date:  **August 10, 2021**
        **New York, NY**

                                              */s/ Mary Kay Vyskocil*
                                           **MARY KAY VYSKOCIL**
                                           **United States District Judge**